```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0079--CR (JKS)
                  "USA V ROBIN L. STAFFORD"
                 DEF 1.1 STAFFORD, ROBIN L.

In public format, including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 03/20/03
             Closed: 09/29/03
  No. of Defendants: 1
     MJ Case Number:
                AKA:
    Location status: Released on Bond
         Trial date:
         Terminated: YES
   Needs interpreter: NO
   Counsel of record: Mary C. Geddes
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3408
                     Serve: YES
                       Type: FPD
                       Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Jayne Wallingford
                  U.S. Attorney's Office
                  222 W. 7th Avenue, #9
                  Anchorage, AK 99513-7567
                  907-271-5071
                  Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial
```

Counts re: DEF 1.1 STAFFORD, ROBIN L.

| Document   | Count | Citation and Description                                                          | Disposition           |
|------------|-------|-----------------------------------------------------------------------------------|-----------------------|
| 1 -  1 IND | 1     | 21:841(a)(1) & (b)(1)(D) DISTRIBUTION OF A CONTOLLED SUBSTANCE (F)                 | Sentenced (31-1)      |
| 1 -  1 IND | 2     | 21:841(a)(1) & (b)(1)(D) DISTRIBUTION OF A CONTROLLED SUBSTTANCE (F)               | Sentenced (31-1)      |
| 1 -  1 IND | 3     | 21:841(a)(1) & (b)(1)(D) POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (F) | Sentenced (31-1) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A03-0079--CR (JKS)
                             "USA V ROBIN L. STAFFORD"

                       In public format, for all filing dates


  Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 03/20/03
           Closed: 09/29/03
No. of Defendants: 1


Document #    Filed      Docket text
_____    _____    _____

     1 -   1  03/20/03   [Re: DEF 1] PLF 1 Indictment.

  NOTE -   1  03/21/03   Issued: Proposed Trial Date for Arr to CMC for USDJ.

     2 -   1  03/21/03   [Re: DEF 1] AHB Grand Jury Minutes; summons; set for arr and notify USM;
                         bail to be determined at arr.

     3 -   1  03/21/03   [Re: DEF 1] JDR Minute Order re Arr set for 4/25/03 at 9:30 a.m. cc:
                         USA, USM, USPO, R. Stafford w/USM cy

     4 -   1  04/01/03   USM Return of svc on summons re: DEF 1 executed on 3/28/03.

     5 -   1  04/08/03   [Re: DEF 1] JDR Minute Order re Arr set for 4/25/03 is RESET for 4/28/03
                         at 9:30 a.m. cc: USA, USM, USPO

  NOTE -   2  04/29/03   Issued: Speedy Trial Notice to Judge Singleton. cc: Bonnie Boyer

     6 -   1  04/29/03   [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Arr on Indt
                         hld 4/28/03; Mary Geddes apptd; def pled not guilty; bond set at $5,000.
                         unsecured; PTM's due 5/16/03; cnsl advised of trial date 6/2/03. cc:
                         USA, FPD, USM, USPO, Judge Singleton

     7 -   1  04/29/03   [Re: DEF 1] Financial Affidavit.

     8 -   1  04/29/03   [Re: DEF 1] Appearance bond of $5,000. unsecured.

     9 -   1  04/29/03   [Re: DEF 1] Order setting conditions of release re bond set at $5,000.
                         unsecured. cc: USA, FPD, USM, USPO

    10 -   1  04/29/03   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                         confer by 4/28/03; PTM's due 5/16/03. cc: USA, FPD

    11 -   1  04/30/03   [Re: DEF 1] JKS Minute Order setting TBJ for 06/02/03 at 9:00 a.m. and
                         FPTC for 05/28/03 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC

    12 -   1  05/12/03   [Re: DEF 1] PLF 1 Discovery conference certificate.

    13 -   1  05/15/03   [Re: DEF 1] PLF 1 Unopposed motion to continue trial.

    14 -   1  05/16/03   [Re: DEF 1] JKS Minute Order setting hrg on unopposed mot to cont trial
                         for 05/28/03 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC

    15 -   1  05/16/03   DEF 1 Unopposed motion to continue pretrial deadlines w/att aff.

    16 -   1  05/19/03   [Re: DEF 1] JDR Order granting unopposed motion to continue pretrial
                         deadlines (15-1); ddln for PTM's are cont to 5/27/03 upon condition that
                         the pending motion to continue trial is granted. cc: USA, FPD

    17 -   1  05/28/03   [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] re hrg on mot to
                         cont trial (dkt 13)/FPTC held 05/28/03; TBJ previously set for 06/02/03
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A03-0079--CR (JKS)
                               "USA V ROBIN L. STAFFORD"

                          In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | vacated and reset to 06/30/03 at 9:00 am in trailing status; notice of intent to change plea to be fld by 06/19/03; FPTC set for 06/20/03 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 18 - 1 | 06/05/03 | DEF 1 Notice of Intent to change plea. |
| 19 - 1 | 06/05/03 | DEF 1 Corrected Notice of Change of Plea. |
| 20 - 1 | 06/09/03 | [Re: DEF 1] JKS Minute Order setting PCOP for 06/19/03 at 1:30 p.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 21 - 1 | 06/20/03 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] PCOP held 06/19/03; def changed pleas to guilty on cts 1-3 of the Indt; IOS set for 09/04/03 at 9:00 a.m.; FPTC set for 06/20/03 and TBJ set for 06/30/03 vacated. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 22 - 1 | 08/11/03 | DEF 1 Unopposed motion to continue sentencing w/att aff. |
| 23 - 1 | 08/12/03 | [Re: DEF 1] JKS Order granting unoppo mot to cont sentencing (22-1); IOS previously set for 09/04/03 vacated and reset for 09/11/03 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Roberts |
| 24 - 1 | 09/04/03 | [Re: DEF 1] PLF 1 motion on shortened time for evidentiary hearing at sentencing. |
| 25 - 1 | 09/04/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 24 - 2 | 09/05/03 | [Re: DEF 1] JKS Order granting mot on shortened time for evid hrg at sentencing (24-1). cc: USA, FPD, USPO |
| 26 - 1 | 09/05/03 | DEF 1 motion to acccept late-filed sentencing memorandum filed on shortened time. |
| 27 - 1 | 09/05/03 | DEF 1 Notice of filing child support order & employee status letter. |
| 28 - 1 | 09/08/03 | [Re: DEF 1] JKS Order granting mot to acccept late-filed sentencing memorandum filed on shortened time (26-1). cc: USA, FPD |
| 29 - 1 | 09/08/03 | DEF 1 Sentencing Memorandum w/att exh. |
| 30 - 1 | 09/12/03 | [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] Evid Hrg/IOS held 09/11/03; def placed on probation for 60 mos; $1000 fine; $300 SA w/att wit & exh list. |
| 31 - 1 | 09/29/03 | [Re: DEF 1] JKS Judgment pleaded guilty to cts 1,2,3 of the Indt (1-1); def sentenced to 60 mos probation; $300 SA; $1,000 fine. cc: USA, FPD, DEF w/cnsls cy, USM, USPO, MJ Roberts, Finance, FLU |
| 32 - 1 | 10/15/03 | DEF 1 Exhibit inventory and disposition notice. |
| 33 - 1 | 10/17/03 | DEF 1 Partial Transcript of IOS held 9/11/03. |
| 34 - 1 | 04/15/04 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE - 3 | 04/16/04 | Issued: writ of execution re: DEF 1 on PFD. |
| 35 - 1 | 11/03/04 | USM Return of svc on writ of execution re: DEF 1 on PFD on 11/02/04Crt in receipt of $917.84 (receipt# 00124422). |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
   CRIMINAL DOCKET ENTRIES FOR CASE A03-0079--CR (JKS)
                 "USA V ROBIN L. STAFFORD"

            In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 36 - 1 | 11/18/04 | [Re: DEF 1] PLF 1 motion to release attached PFD funds. |
| 37 - 1 | 11/23/04 | [Re: DEF 1] JKS Order granting motion to release attached PFD funds in the amt of $917.84 (36-1). cc: USA, Finance |
| 38 - 1 | 10/27/05 | [Re: DEF 1] JWS Order and Request for modification of cond's of SR as directed. cc: USPO |