Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

Case No. A03-0079-CR

Robin Stafford

    On September 11, 2003, the above-named was placed on probation for a period of 5 years probation years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Robin Stafford be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

Beth A. Mader
U.S. Probation/Pretrial Services Officer

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 9th day of February, 2006.

John W. Sedwick
Chief U.S. District Court Judge